[Nos. 26415-7-III; 26931-1-III. Division Three. November 13, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. JEREMY J.L. FARNSWORTH, *Appellant*.

*In the Matter of the Personal Restraint of* JEREMY L. FARNSWORTH, *Petitioner*.

Appeal from a judgment of the Superior Court for Benton County, No. 06-1-00587-6, Carrie L. Runge, J., entered August 16, 2007, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Korsmo, J., concurred in by Kulik, A.C.J., and Brown, J.

[No. 26554-4-III. Division Three. November 13, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT GLENN MICHAEL, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 06-1-00154-8, Donald W. Schacht, J., entered October 31, 2007. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kulik, A.C.J., and Korsmo, J.

[Nos. 60231-4-I; 60631-0-I. Division One. November 17, 2008.]

*In the Matter of the Marriage of* DANIEL LOUIS DESTITO, *Respondent*, and MICHAELE-ANN HAZEN, *Appellant*.

Appeals from a judgment of the Superior Court for Snohomish County, No. 97-3-00888-5, James H. Allendoerfer, J., entered June 5, 2007. *Affirmed* by unpublished per curiam opinion.

[No. 60321-3-I. Division One. November 17, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. KARL LOUIS AMMANN, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-1-00393-7, Anita L. Farris, J., entered June 14, 2007. *Affirmed* by unpublished per curiam opinion.